UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

Civil Action No. 20-159-HRW

RHONDA CAUDILL,                                                                                    PLAINTIFF,

v.

**JUDGMENT**

KILOLO KIJAKAZI
COMMISSIONER OF SOCIAL SECURITY,                          DEFENDANT.

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A.      the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
B.      the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
C.      this action is **STRICKEN** from the active docket of the Court.

This 16th day of December 2021.

Signed By:
Henry R Wilhoit Jr.
United States District Judge